# Exhibit 2

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| 1. A method for providing security for a computer comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token, a computer operating system, and a CPU independent security subsystem which includes a security control unit and programmable auxiliary memory, sad method comprising of the steps of: | The accused product employs a method for providing security for a computer (USB Token is removably connected thereto) comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token(e.g., a USB Token), a computer operating system, and a CPU independent security subsystem which includes a security control unit (Cryptographic module) and programmable auxiliary memory(e.g., EEPROM). ==The accused product is FIPS 140-2 Compliant.==  https://www.goldkey.com/goldkey-security-token/#1442958649827-a47495f3-0da8 |

1

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
|  | https://www.goldkey.com/goldkey-security-token/#1442958649827-a47495f3-0da8  https://www.goldkey.com/goldkey-security-token/#1442958649827-a47495f3-0da8 http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| | **2.1. Module Overview** <br> The following table shows the security level claimed for each of the eleven sections that comprise the FIPS 140-2: <br><br> **FIPS 140-2 Sections / Security Level** <br><br> | # | Section | N/A | 1 | 2 | 3 | 4 | <br> \|---\|---\|---\|---\|---\|---\|---\| <br> \| 1 \| Cryptographic Module Specification \| \| \| ✓ \| \| \| <br> \| 2 \| Cryptographic Module Ports and Interfaces \| \| \| ✓ \| \| \| <br> \| 3 \| Roles, Services and Authentication \| \| \| ✓ \| \| \| <br> \| 4 \| Finite State Model \| \| \| ✓ \| \| \| <br> \| 5 \| Physical Security \| \| \| \| ✓ \| \| <br> \| 6 \| Operational Environment \| ✓ \| \| \| \| \| <br> \| 7 \| Cryptographic Key Management \| \| \| ✓ \| \| \| <br> \| 8 \| EMI/EMC \| \| \| \| ✓ \| \| <br> \| 9 \| Self Tests \| \| \| ✓ \| \| \| <br> \| 10 \| Design Assurance \| \| \| \| ✓ \| \| <br> \| 11 \| Mitigation of Other Attacks \| ✓ \| \| \| \| \| <br><br> Table 1: Security Levels <br> The overall security level for the cryptographic module is security level 2. <br><br> The GoldKey Security Token Cryptographic Module (referred to hereafter as "GoldKey") is a single chip cryptographic module capable of protecting information on a user's computer or network storage. The protected data can only be accessed if the correct GoldKey is attached to the computer and the authorized user is authenticated by the GoldKey device. This product also allows secure authentication and communication over the network or Internet. In addition, it offers the full capabilities of a PIV smart card, including provisioning and use of the PIV digital credentials on the GoldKey. <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf <br><br> **1. Introduction** <br> This document is the non-proprietary FIPS 140-2 Security Policy for the GoldKey Security Token Cryptographic Module. It contains a specification of the rules under which the module must operate and describes how this module meets the requirements as specified in FIPS PUB 140-2 (Federal Information Processing Standards Publication 140-2 FIPS PUB 140-2 CHANGE NOTICES (12-03-2002)) for a Security Level 2 single-chip standalone cryptographic module. <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
|  | <br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
|  | **2.3. Modes of Operation**<br>The GoldKey supports only one mode of operation, FIPS approved mode of operation. After completing all the self tests module enters FIPS mode without any operator intervention.<br>The GoldKey provides the following FIPS 140-2 Approved algorithms:<br><br>| Algorithm and CAVS cert # | Description | Use |<br>|---|---|---|<br>| DRBG cert #297 | SP 800-90A CTR_DRBG, AES-256 (seeded with the hardware TRNG) | Random Number Generation |<br>| AES cert #2347 | FIPS 197 AES-256, CBC, CTR, and ECB modes | Encrypt/Decrypt |<br>| Triple-DES cert #1470 | SP 800-67 Three-Key, Triple-DES, ECB and CBC modes | Encrypt/Decrypt |<br>| RSA CVL cert # 54 | FIPS 186-4 RSA PKCS#1 v2.1 2048-bit Modulus (External Hash) | Signature Primitive RSASP1 |<br>| RSA cert #1210 | FIPS 186-4 RSA Key Generation, 2048-bits | KEY(gen) |<br>| ECDSA cert #384 | FIPS 186-3 ECDSA, P-256 and P-384 Curves (External Hash) | SIG(gen) KEY(gen) |<br>| EC Diffie-Hellman, CVL cert # 54 | SP 800-56A All of SP800-56A EXCEPT KDF | Key Agreement |<br>| SHA cert #2024 | FIPS 180-4 SHA-256 | Secure Hash |<br><br>Table 3: FIPS Approved Algorithms<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |
| (a) generating with said security control unit a security subsystem key pair comprised of a public key and a private key; | The accused product generates with said security control unit a security subsystem key pair comprised of a public key and a private key; |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|

| Services/APDU Commands | Description | Roles | CSP |
|---|---|---|---|
| GENERATE ASYMMETRIC KEY | Used to generate and save a new public/private key pair (RSA 2048 and ECC P256/P384 are supported). | PIV Admin, Registered Master | Private Keys (RSA 2048, ECC P256/P384) |
| RANDOM | Used for operations that require random data, including: Network authentication, and creating a Secure Drive. | N/A (Does not require authentication) | DRBG based random data for key generation |
| UVS RESET | Used to un-authenticate the current role after performing an authenticated operation. It can also be used to output current authentication status. | N/A (Does not require authentication) | N/A |
| ASSOCIATE | Used to set up a secure channel, for operations including: Authentication of the Registered and Non-registered Master roles, network authentication, external data encryption/decryption. Generates a session secret that can be used by other commands (stored in RAM). For detailed information refer to the design specification. | N/A (Does not require authentication) | Remote Approval Key (Sacred Secret), Registration Secret, Registered Secret, Session Secret (generated by ASSOCIATE command), (AES keys (256 bits)) |
| | | Any* (except PIN Unblock Role) | All AES keys (other than above) (256 bits) |

http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf

### 7.2. Key/CSP Generation

The module uses a FIPS-Approved DRBG as an input to create the following keys/CSPs:

- AES key
- RSA key-pair
- ECDiffie-Hellmankey-pair
- ECDSA key pair

The module does not output intermediate values of keys/CSPs.

http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf

6

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| | **4.2. Services**<br>The following table shows all the cryptographic algorithms implemented by the module along with corresponding roles, CSPs, modes of the algorithm and access rights:<br><br>**Symmetric Algorithms**<br><br>| Service | Roles | CSP | Modes | FIPS Approved (cert #) | Access | Notes |<br>|---|---|---|---|---|---|---|<br>| AES Encryption and Decryption | User, Registered Master, Non-registered Master | 256-bit AES Key | ECB, CBC, CTR | Yes, cert #2347 | W, X | FIPS 197 |<br>| Triple-DES 3-Key Encryption and Decryption | All Roles | 192-bit TDES Key | ECB, CBC | Yes, cert #1470 | W, X | SP 800-67; Used for challenge/response authentication of PIV Admin |<br><br>**Asymmetric Algorithms**<br><br>| RSA key Generation | Registered Master, PIV Admin | RSA Private Key | 2048-bit key sizes | Yes, cert #1210 | W | FIPS 186-4 |<br>| RSA Signature Generation | All Roles | RSA Private Key | PKCS#1 v2.1 (External Hash) | Yes, (2048-bit only) CVL cert #54 | X | FIPS 186-4 |<br>| ECDSA Key Generation | Registered Master, PIV Admin | ECC Private Key | P-256, P-384 Curves | Yes, cert #384 | W | FIPS 186-3 |<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |
| (b) storing said private key data in a memory location which is under the control of the said security subsystem; | The accused product stores said private key data in a memory location which is under the control of the said security subsystem<br><br>**7.6. Key/CSP Storage**<br>Keys and CSPs are stored in the internal non-volatile memory in the form of a plain-text. The keys and CSPs are not accessible outside of the module.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

7

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
|  |  http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| | <table><tr><th>Services/APDU Commands</th><th>Description</th><th>Roles</th><th>CSP</th></tr><tr><td>GENERATE ASYMMETRIC KEY</td><td>Used to generate and save a new public/private key pair (RSA 2048 and ECC P256/P384 are supported).</td><td>PIV Admin, Registered Master</td><td>Private Keys (RSA 2048, ECC P256/P384)</td></tr><tr><td>RANDOM</td><td>Used for operations that require random data, including: Network authentication, and creating a Secure Drive.</td><td>N/A (Does not require authentication)</td><td>DRBG based random data for key generation</td></tr><tr><td>UVS RESET</td><td>Used to un-authenticate the current role after performing an authenticated operation. It can also be used to output current authentication status.</td><td>N/A (Does not require authentication)</td><td>N/A</td></tr><tr><td>ASSOCIATE</td><td>Used to set up a secure channel, for operations including: Authentication of the Registered and Non-registered Master roles, network authentication, external data encryption/decryption.<br><br>Generates a session secret that can be used by other commands (stored in RAM).<br><br>For detailed information refer to the design specification.</td><td>N/A (Does not require authentication)</td><td>Remote Approval Key (Sacred Secret), Registration Secret, Registered Secret, Session Secret (generated by ASSOCIATE command), (AES keys (256 bits))</td></tr><tr><td></td><td></td><td>Any* (except PIN Unblock Role)</td><td>All AES keys (other than above) (256 bits)</td></tr></table><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |
| (c) creating with said security-subsystem a key file encrypted with said public key and writing the key file to a master token by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding | The accused product creates with said security-subsystem a key file encrypted with said public key and writing the key file (PUT DATA & thereafter STORE DATA) to a master token by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding private key.<br><br>**7.7. Key/CSP Zeroization**<br>The key zeroization is implemented using the following functions:<br>• ClearToken() -zeroizes the EEPROM and flash data where the keys are stored.<br>• zeromem() -zeroizes the entire block of RAM memory. It is used to zeroize all the intermediated CSP values/buffers and the cryptographic keys and other CSPs.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

9

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| private key; | *Table: User Roles / Authentication Criteria/Mechanism / Description* <br><br> **Registered Master** — Registered Secret — The Registered Master is the Cryptographic Officer role. This role is responsible initialization and management functions of the GoldKey. <br><br> **Non-Registered Master** — Registration Secret — The Non-Registered Master role can perform a limited set of management functions on the GoldKey, which includes key zeroization and registering a GoldKey to become the Registered Master. <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf <br><br> *Table:* <br> **VERIFY** — Used to verify a password, such as the PIN or personal question answer. This command is used to authenticate the User and Owner Roles. — N/A (Does not require authentication) — User PIN, Personal Question Answers <br><br> **CHANGE REFERENCE DATA** — Used for operations that write/change CSPs in the GoldKey, including: Master registration and management operations, GoldKey personalization, change PIN or PUK, and importing private keys. — Registered Master / Non-registered Master — All (except CSPs that can only be written at Factory). The complete list of CSPs is provided in section 8. / Group Secrets, Registered Secret (AES keys (256-bit)) — Owner — User PIN, PQA <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf <br><br> **PUT DATA** — Used for any operation that writes data objects to the GoldKey, including: registering GoldKey, personalizing GoldKey, and PIV provisioning. Refer to the design specification document for a listing of data objects within the GoldKey. — Owner, PIV Admin, Registered Master — N/A <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |
| (d) allowing access to said security subsystem after initial installation and setup by said computer | The accused product allows access (authentication after initialization) to said security subsystem after initial installation and setup by said computer operating system for installation and modification of security requirements only when said master token is placed into an appropriate file storage device and said encrypted key file has been authenticated by the security subsystem. |

10

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| operating system for installation and modification of security requirements only when said master token is placed into an appropriate file storage device and said encrypted key file has been authenticated by the security subsystem; | **4. Roles, Services and Authentication**<br>**4.1. Roles and Authentication Mechanism**<br>GoldKey supports role based authentication.<br><br>| User Roles | Authentication Criteria/Mechanism | Description |<br>|---|---|---|<br>| Registered Master | Registered Secret | The Registered Master is the Cryptographic Officer role. This role is responsible initialization and management functions of the GoldKey. |<br>| Non-Registered Master | Registration Secret | The Non-Registered Master role can perform a limited set of management functions on the GoldKey, which includes key zeroization and registering a GoldKey to become the Registered Master. |<br>| PIV Administrator | Card Management Key(CMK) | The PIV Administrator role is the PIV Card Administrator defined in the PIV specification. This role is responsible for configuration of the PIV data using the PIV services. |<br>| User | User PIN | The primary User role. This role is assumed to perform general security services, including cryptographic operations and remote authentication. |<br>| Owner | User PIN, Personal Question Answer (PQA) | The Owner role is assumed to perform limited management functions that are available to the user, such as changing the PIN and PQA. |<br>| PIN Unblock | PIN Unblock Key (PUK) | The PIN Unblock User role is used for PIV applications and is associated with the RESET RETRY COUNTER service. |<br><br>*Table 6: Roles*<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf<br><br>**7. Cryptographic Key Management**<br>The module uses the following keys/CSPs:<br>- AES keys- used for AES encryption/decryption and key wrap/transport operations, as well as authentication of the Registered and Non-registered Master roles.(Session Secret, Remote Approval Key, Registered Secret and Registration Secret are AES keys.)<br>- RSA key-pair - used in RSA signature generation operations.<br>- ECDSA key-pair - used in ECDSA signature generation.<br>- ECDiffie-Hellman key pair - used for the key agreement operations.<br>- DRBG v,key and seed- used to generate a DRBG based random number.<br>- User PIN - required for the authentication of theUser and Owner roles.(The Owner role also requires the PQA).<br>- Personal Question Answer (PQA) - required for the authentication of the Owner role, along with the User PIN.<br>- Card Management Key(CMK) - required for the authentication of the PIV administrator role.<br>- PIN Unblock Key(PUK) - required for the authentication of PIN Unblock role.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

11

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| | *[Image of table showing PUT DATA command: "Used for any operation that writes data objects to the GoldKey, including: registering GoldKey, personalizing GoldKey, and PIV provisioning. Refer to the design specification document for a listing of data objects within the GoldKey." Roles: Owner, PIV Admin, Registered Master. N/A]*<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf<br><br>**7.6. Key/CSP Storage**<br>Keys and CSPs are stored in the internal non-volatile memory in the form of a plain-text. The keys and CSPs are not accessible outside of the module.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf<br><br>**10.2. Guidance and Secure Operations**<br>The GoldKey Security Token Cryptographic Module v 7.12 is by default designed to operate only in the FIPS approved mode. As soon as the GoldKey connected to the GPC, a series of power-up self tests are performed. Upon successful completion of the self tests, the module enters the FIPS- Approved mode.<br><br>No special settings are required by the User or other roles to operate the module in the FIPS-Approved mode of operation.<br><br>The SELECT command can be used to obtain the version information.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| | <table><tr><th>Services/APDU Commands</th><th>Description</th><th>Roles</th><th>CSP</th></tr><tr><td>GENERATE ASYMMETRIC KEY</td><td>Used to generate and save a new public/private key pair (RSA 2048 and ECC P256/P384 are supported).</td><td>PIV Admin, Registered Master</td><td>Private Keys (RSA 2048, ECC P256/P384)</td></tr><tr><td>RANDOM</td><td>Used for operations that require random data, including: Network authentication, and creating a Secure Drive.</td><td>N/A (Does not require authentication)</td><td>DRBG based random data for key generation</td></tr><tr><td>UVS RESET</td><td>Used to un-authenticate the current role after performing an authenticated operation. It can also be used to output current authentication status.</td><td>N/A (Does not require authentication)</td><td>N/A</td></tr><tr><td rowspan="2">ASSOCIATE</td><td>Used to set up a secure channel, for operations including: Authentication of the Registered and Non-registered Master roles, network authentication, external data encryption/decryption.<br><br>Generates a session secret that can be used by other commands (stored in RAM).<br><br>For detailed information refer to the design specification.</td><td>N/A (Does not require authentication)</td><td>Remote Approval Key (Sacred Secret), Registration Secret, Registered Secret, Session Secret (generated by ASSOCIATE command), (AES keys (256 bits))</td></tr><tr><td>Any* (except PIN Unblock Role)</td><td>All AES keys (other than above) (256 bits)</td></tr></table> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| | **2.3. Modes of Operation** <br> The GoldKey supports only one mode of operation, FIPS approved mode of operation. After completing all the self tests module enters FIPS mode without any operator intervention. <br> The GoldKey provides the following FIPS 140-2 Approved algorithms: <br><br> | Algorithm and CAVS cert # | Description | Use | <br> |---|---|---| <br> | DRBG cert #297 | SP 800-90A CTR_DRBG, AES-256 (seeded with the hardware TRNG) | Random Number Generation | <br> | AES cert #2347 | FIPS 197 AES-256, CBC, CTR, and ECB modes | Encrypt/Decrypt | <br> | Triple-DES cert #1470 | SP 800-67 Three-Key, Triple-DES, ECB and CBC modes | Encrypt/Decrypt | <br> | RSA CVL cert # 54 | FIPS 186-4 RSA PKCS#1 v2.1 2048-bit Modulus (External Hash) | Signature Primitive RSASP1 | <br> | RSA cert #1210 | FIPS 186-4 RSA Key Generation, 2048-bits | KEY(gen) | <br> | ECDSA cert #384 | FIPS 186-3 ECDSA, P-256 and P-384 Curves (External Hash) | SIG(gen) KEY(gen) | <br> | EC Diffie-Hellman, CVL cert # 54 | SP 800-56A All of SP800-56A EXCEPT KDF | Key Agreement | <br> | SHA cert #2024 | FIPS 180-4 SHA-256 | Secure Hash | <br><br> Table 3: FIPS Approved Algorithms <br><br> http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |
| (e) denying file and peripheral device access requests by the central processing unit when the security requirements are not satisfied. | The accused product denies file and peripheral device access requests by the central processing unit when the security requirements are not satisfied (e.g., when the wrong PIN is entered, the authentication results in error). <br><br> **Not your average USB security token** <br><br> From its built-in smart card to a hardware random number generator and a powerful encryption engine, the GoldKey Security Token provides an array of features and abilities which are utilized by government, enterprise, financial, and other organizations around the world to securely authenticate, encrypt, and share sensitive information on computers, servers, mobile devices, and in the Cloud. <br><br> The GoldKey Token enables two-factor authentication for securing access to online resources as well as offering robust AES-256 encryption for data sent over the Internet and stored at rest. <br><br> GoldKey features a hardware-based, easy-to-use management system that utilizes Master and GrandMaster tokens to provide a secure method of sharing access to encrypted files throughout an organization. <br><br> The GoldKey Token is built to last. Its stainless steel case is filled with an industrial grade epoxy that not only seals the internal circuitry water tight, but deters tampering and provides added strength. Unlike other security devices, GoldKey does not require a battery for power; it instead draws power from the USB port. This means it can last and last in the field. <br><br> https://www.goldkey.com/goldkey-security-token/#1442958649827-a47495f3-0da8 |

14

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | GoldKey Security Token ("Accused Product") |
|---|---|
| | This Module uses password authentication for the verification of the User, Owner, and PIN Unblock User, and symmetric-key authentication for verification of the Registered Master, PIV Administrator, and Non-Registered Master roles. Please refer to the above table for the authentication criteria of each role. The module ensures that there is no visible display of the authentication data, such as User PIN. All authentication status related information is stored in the RAM area and this information is cleared when the module is powered off.<br><br>The strength of various CSPs used in the authentication mechanism is discussed below.<br><br>The User PIN used for authentication of the User and Owner roles must be in the range of 4-8 characters. The minimum length of a Personal Question Answer (PQA) is four (4) characters.<br><br>The User PIN and the Personal Question Answer may contain a mix of alphabet letters, numeric characters, and specialcharacters. Assuming a mix of lower case alphabet letters, upper case alphabet letters, numeric characters,the User PIN/PQA can consist of the following set: [a-z,A-Z,0-9, 33 special characters], yielding 95 choices per character.<br><br>The total number of possibilities for guessing the User PIN/PQA is 95^4= 81450625.<br><br>The probability of a successful random attempt is 1/81450625, which is less than 1/1,000,000.<br><br>Please note that the module will lock an account after, at most, ten consecutive failed authenticationattempts.<br><br>© GoldKey Security Corporation, 2014 and atsec information security 2014     Page 9 of 24<br>May be reproduced only in its entirety [without revision]<br><br>**GoldKey Security Corporation**          **GoldKey Security Token Cryptographic Module**<br>FIPS 140-2 Security Policy<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp2073.pdf |