IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VORTEX PATHWAY LLC, | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 2:16-cv-957 |
| GOLDKEY CORPORATION, | § § § | Jury Trial Demanded |
| *Defendant.* | § § | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff VORTEX PATHWAY LLC, by and through undersigned counsel, hereby dismisses the Complaint pursuant to F. R. C. P. 41 without prejudice.

Dated: November 23, 2016

Respectfully submitted,

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, LLC**

*/s/ Joel B. Rothman*
Joel B. Rothman
Florida Bar Number 98220
Joel.rothman@sriplaw.com
Jerold I. Schneider
Florida Bar Number 26975
Jerold.schneider@sriplaw.com

4651 North Federal Highway
Boca Raton, Florida  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

**BUETHER JOE & CARPENTER, LLC**

By:
Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
214.730.5660 – Telephone
972.707.1248 – Facsimile

**ATTORNEYS FOR PLAINTIFF
VORTEX PATHWAY LLC**